JACK KAUFMAN (JK-3050)
STEVEN RAWLINGS (SR-0623)
RHONDA JUNG (RJ-3864)
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center – RM 400
New York, NY 10281
(212) 336-0106

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,           :
                                              :    ECF Case
                    Plaintiff,                :
                                              :    09 Civ. 4755 (PGG)
        - against -                           :
                                              :
FTC Capital Markets, Inc.,                    :
FTC Emerging Markets, Inc., also d/b/a FTC Group, :
Guillermo David Clamens,                      :
Lina Lopez a/k/a Nazly Cucunuba Lopez,        :
                                              :
                    Defendants.               :
-----------------------------------------------------------------x

[~~PROPOSED~~] ORDER DIRECTING DEFENDANTS GUILLERMO DAVID
CLAMENS, FTC CAPITAL MARKETS, INC., AND FTC EMERGING MARKETS,
INC., ALSO D/B/A FTC GROUP, TO SHOW CAUSE WHY AN ORDER FREEZING
THEIR ASSETS SHOULD NOT BE ENTERED, TEMPORARY RESTRAINING ORDER
AND ORDER PERMITTING EXPEDITED DISCOVERY

On the Application of Plaintiff Securities and Exchange Commission (the "Commission")

(1) for an Order directing Defendants Guillermo David Clamens, FTC Capital Markets, Inc., and

FTC Emerging Markets, Inc., also d/b/a FTC Group (collectively, "Defendants") to show cause

why an order freezing their assets pending the final disposition of the Commission's claims

against them should not be entered; and (2) pending adjudication of the foregoing, an Order (a)

temporarily freezing Defendants' assets; and (b) permitting Plaintiff to conduct expedited discovery;

The Court has considered (1) the Declaration of Jack Kaufman Pursuant to Local Civil Rule 6.1, executed June 17, 2009, and the exhibits thereto; (2) the Declaration of Yvette Quinteros, executed June 17, 2009 and the exhibits thereto; and (3) Plaintiff's Memorandum of Law in Support of Its Application for an Order to Show Cause, dated June 17, 2009.

Based upon the foregoing documents, the Court finds that a proper showing, as required by Section 20(b) of the Securities Act and Section 21(d) of the Exchange Act has been made for the relief granted herein, for the following reasons:

1. It appears from the evidence presented that:

    (a) Clamens has relocated from New York to Venezuela;

    (b) Since the filing of this lawsuit, Clamens has attempted to transfer Defendants' assets from the United States to Venezuela or other offshore locations and presently is attempting to sell his New York City apartment and transfer the proceeds offshore;

    (c) Clamens controls defendants FTC Capital Markets, Inc. and FTC Emerging Markets, Inc., also d/b/a FTC Group; and

    (d) There is a basis to infer that Defendants have violated Section 17(a) of the Securities Act of 1933 and Section 10(b) of the Securities Exchange Act of 1934 and Exchange Act Rule 10b-5.

2. It appears that an order freezing Defendants' assets is necessary to preserve the *status quo,* and to protect this Court's ability to award relief in the form of disgorgement of illegal profits from fraud, prejudgment interest and civil penalties.

3. Good and sufficient reasons have been shown why procedure other than by notice of motion is necessary.

4. This Court has jurisdiction over the subject matter of this action and over Defendants, and venue properly lies in this District.

**NOW, THEREFORE,**

I.

**IT IS HEREBY ORDERED** that Defendants show cause, if there be any, to this Court at 9:30 a.m. on the 30 day of June, 2009, in Room 18 B of the United States Courthouse, 500 Pearl Street, New York, New York 10007, why this Court should not enter an Order pursuant to Rule 65 of the Federal Rules of Civil Procedure, Section 20 of the Securities Act and Section 21 of the Exchange Act directing that, pending a final disposition of this action, Defendants, and their agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of such Order by personal service or otherwise, and each of them, hold and retain within their control, and otherwise prevent, any withdrawal, transfer, pledge, encumbrance, assignment, dissipation, concealment or other disposal of any assets, funds, or other property (including money, real or personal property, securities, commodities, choses in action, business interests or other property of any kind whatsoever) of, held by, or under the control of Defendants, whether held in their name or for their direct or indirect beneficial interest, wherever situated, including, but not limited to, the

accounts listed on "Exhibit A" attached hereto, and Apartment P20-D located at 120 East 87th Street, New York, N.Y. and the contents thereof.

## II.

**IT IS FURTHER ORDERED** that, pending a hearing and determination of the Commission's Application for an Order freezing Defendants' assets pending a final disposition of this action, Defendants, and their agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of such Order by personal service or otherwise, and each of them, hold and retain within their control, and otherwise prevent, any withdrawal, transfer, pledge, encumbrance, assignment, dissipation, concealment or other disposal of any assets, funds, or other property (including money, real or personal property, securities, commodities, choses in action, business interests or other property of any kind whatsoever) of, held by, or under the control of Defendants, whether held in their name or for their direct or indirect beneficial interest, wherever situated, including, but not limited to, the accounts listed on "Exhibit A" attached hereto, and Apartment P20-D located at 120 East 87th Street, New York, N.Y. and the contents thereof.

## III.

**IT IS FURTHER ORDERED** that expedited discovery shall be permitted as follows:

(1) the Commission shall be permitted to take depositions, including the depositions of Defendants, on three (3) days' notice;

(2) the Commission shall be permitted to obtain the production of documents within three (3) days from service by facsimile or otherwise of a request or subpoena, from Defendants or any other persons or entities, including non-party witnesses;

(3) the Commission shall be permitted to obtain other discovery from Defendants, including interrogatories and requests for admissions, within three (3) days from the date of service by facsimile or otherwise of such other discovery requests, interrogatories, or requests for admissions.

## IV.

**IT IS FURTHER ORDERED** that a copy of this Order and the papers supporting the Commission's Application be served upon Defendants *by their counsel* on or before _5 pm by hand today June 17,_, 2009, by personal delivery, facsimile, overnight courier, email or first-class mail.

## V.

**IT IS FURTHER ORDERED** that Defendants shall deliver any opposing papers in response to the Order to Show Cause above no later than _June 25_, 2009, at 5:00 p.m. Service shall be made by delivering the papers, using the most expeditious means available, by that date and time, to the New York Regional Office of the Commission at 3 World Financial Center, Rm 400, New York, New York 10281, Attn: Jack Kaufman, or such other place as counsel for the Commission may direct in writing. The Commission shall have until _June 29_, 2009, at 12:00 p.m., to serve, by the most expeditious means available, any reply papers upon the Defendants.

5

## VI.

**IT IS FURTHER ORDERED** that this Order shall be, and is, binding upon Defendants and their agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise.

_____
UNITED STATES DISTRICT JUDGE

Issued at :   2 : 20 p.m.
June 17, 2009
New York, New York

Exhibit A

| Entity Name | Account Number | Account Name |
|---|---|---|
| Wachovia Bank, N.A. | 2000013242691 | FTC Emerging Markets |
| | 2000018010598 | FTC Emerging Markets |
| | 2000013241508 | Forum Trading Corp Payroll Account |
| | 2000013241676 | Forum Trading Corp Operating Account |
| | 2000013242387 | Forum Trading Corporation |
| | 2000013242484 | FTC Holdings LLC Guillermo Clamens |
| | 2000018011403 | Prime Global Securities |
| | 2000018011416 | Prime Global Securities |
| | 2000018667006 | Prime Global Securities |
| | 2000027741418 | FTC Holdings LLC |
| Penson Financial Services, Inc. | 07-11405008 | FTC CAPITAL MARKETS, INC. DEPOSIT ACCOUNT Corporate |
| | 07-11405016 | FTC CAPITAL MARKETS, INC. DEPOSIT ACCOUNT Corporate |
| | 07-11405024 | FTC CAPITAL MARKETS, INC. ERROR ACCOUNT Corporate |
| | 07-11405032 | FTC EMERGING MARKETS INC Corporate NRA |
| | 07-11405040 | FTC EMERGING MARKETS INC Corporate NRA |
| | 07-11405057 | FTC EMERGING MARKETS INC Corporate NRA |
| | 07-11405065 | FTC EMERGING MARKETS INC Corporate NRA |
| | 07-11405073 | FTC EMERGING MARKETS INC Corporate NRA |
| | 07-11405099 | FTC CAPITAL MARKETS, INC. SETTLEMENT ACCOUNT Corporate |
| | 07-11405107 | FTC CAPITAL MARKETS, INC. COMMISSIONS ACCOUNT Corporate |
| | 07-11405115 | FTC CAPITAL MARKETS, INC. Corporate Acccount (Cash) |
| | 11405131 | FTC GROUP CARACAS CA |
| | 07-11405172 | FTC EMERGING MARKETS INC Corporate NRA |
| | 07-11405180 | FTC EMERGING MARKETS INC Corporate NRA |
| | 07-11405198 | FTC EMERGING MARKETS INC Corporate NRA |
| | 07-11405206 | FTC EMERGING MARKETS INC Corporate NRA |
| | 11405396 | FTC GROUP SOCIEDAD DE CORRETAJE DE TITULOS VALORES C A |
| | 07-11405412 | FTC EMERGING MARKETS INC Corporate NRA |
| | 07-11405420 | FTC EMERGING MARKETS INC Corporate NRA |
| | 07-11405453 | FTC EMERGING MARKETS INC Corporate NRA |
| | 07-11405487 | FTC CAPITAL MARKETS INC Corporate |
| | 07-11405495 | FTC CAPITAL MARKETS INC Corporate |
| | 07-11405503 | FTC CAPITAL MARKETS INC Corporate |
| | 07-11405651 | FTC LONDON UK LIMITED Corporate NRA |
| | 11405727 | FTC INTERNATIONAL SPC |
| | 11405735 | FTC HOLDINGS LLC |
| | 07-22530455 | FTC EMERGING MARKETS INC NRA Corporate Account (Cash) |
| | 07-32383994 | FTC EMERGING MARKETS INC Corporate NRA |
| | 07-91PQ0106 | FTC CAPITAL MARKETS, INC. - PQ16 |
| | 07-91PQ0205 | FTC CAPITAL MARKETS, INC. |
| | 07-91PQ1609 | FTC CAPITAL MARKETS, INC. |
| | 07-91PQ1906 | FTC CAPITAL MARKETS, INC. - PQ19 |
| | 11406014 | GUILLERMO D CLAMENS / MARIELA HERNANDEZ JTWROS |
| | 11406022 | GUILLERMO D CLAMENS / MARIELA HERNANDEZ JTWROS |
| Newedge USA, LLC | 817, 001-64381,C235299 | FTC CAPITAL MARKETS, INC. |
| | 809, 001-64366,C234182 | FTC EMERGING MARKETS, INC. |
| | 808, 001-64368,C234193 | FTC LONDON UK LIMITED |
| Morgan Stanley | 34-DA2NM | FTC EMERGING MARKETS, INC. |
| | 34-DA2206 | PRIME GLOBAL SECURITIES, INC. |
| BNP Paribas | 31600028 | FTC CAPITAL MARKETS, INC DEPOSIT ACCOUNT |
| | 31600047 | FTC CAPITAL MARKETS, INC SETTLEMENT ACCOUNT |
| | 31600108 | FTC EMERGING MKTS ACCOUNT 1 |
| Savoy Bank | 2000750 | GUILLERMO D CLAMENS |
| | 1000157 | GUILLERMO D CLAMENS |
| JP Morgan Chase Bank NA | 790037782 | FTC CAPITAL MARKETS, INC. |
| | 790051528 | FTC EMERGING MARKETS, INC. |
| Bear Stearns, a division of JP Morgan | 996-02877 | FTC CAPITAL MARKETS |
| | 615-17212 | FTC CAPITAL MARKET |
| | 197-93690 | FTC CAPITAL MARKETS INC |
| | 197-94984 | FTC CAPITAL MARKERS INC A/C FTC EMERGING MARKETS |
| | 197-94328 | FTC CAPITAL MARKETS INC |
| | 197-96329 | FTC CAPITAL MARKETS INC |
| | 042-00263 | FTC EMERGING MARKETS, INC. |
| | 042-00212 | FTC EMERGING MARKETS, INC. |
| | 350-92516 | FTC CAPITAL MARKETS INC |