JACK KAUFMAN (JK-3050)
STEVEN G. RAWLINGS (SR-0623)
RHONDA JUNG (RJ-3864)
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center – RM 400
New York, NY 10281
(212) 336-0106

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                        Plaintiff,

            - against -

FTC Capital Markets, Inc.,
FTC Emerging Markets, Inc., also d/b/a FTC Group,
Guillermo David Clamens,
Lina Lopez a/k/a Nazly Cucunuba Lopez,

                        Defendants.
------------------------------------------------------------x

ECF Case

09 Civ. 4755 (PGG)

**STIPULATION AND [REDACTED] ORDER IMPOSING ASSET FREEZE AND OTHER RELIEF AGAINST DEFENDANTS FTC CAPITAL MARKETS, INC., FTC EMERGING MARKETS, INC. ALSO D/B/A FTC GROUP AND GUILLERMO DAVID CLAMENS**

The Securities and Exchange Commission ("SEC") having filed a Complaint on May 20, 2009 and on June 16, 2009 having filed an Order To Show Cause seeking emergency relief; and the Court having entered the order on June 17, 2009 collectively granting a temporary restraining order, asset freeze and other relief against Defendants Guillermo David Clamens, FTC Capital Markets, Inc., and FTC Emerging Markets, Inc., also d/b/a FTC Group (collectively, "Defendants") and Defendants having each (1) entered a general appearance; (2) consented to

the Court's jurisdiction over the Defendants and the subject matter of this action; (3) stipulated and agreed, through their respective undersigned counsel, to entry of this Stipulation and Order Imposing Asset Freeze and Other Relief Against The Defendants ("the Asset Freeze Order") without admitting or denying the allegations of the Complaint and (4) waived findings of fact and conclusions of law; and (5) waived any right to appeal from this Asset Freeze Order:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, pending final disposition of this action, Defendants, and their agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of such Order by personal service or otherwise, and each of them, hold and retain within their control, and otherwise prevent, any withdrawal, transfer, pledge, encumbrance, assignment, dissipation, concealment or other disposal of any assets, funds, or other property (including money, real or personal property, securities, commodities, choses in action, business interests or other property of any kind whatsoever) of, held by, or under the control of Defendants, whether held in their name or for their direct or indirect beneficial interest, wherever situated, including, but not limited to, the accounts listed on "Exhibit A" attached hereto, and Apartment P20-D located at 120 East 87th Street, New York, N.Y. and the contents thereof, except as follows:

(1) Within ten days (10) days of the entry of this Order, Defendant Clamens shall provide the staff of the Securities and Exchange Commission ("staff") with an inventory, certified as to correctness by Defendant Clamens' counsel, of all personal property at Apartment P20-D located at 120 East 87th Street, New York, N.Y and identify with particularity those personal items of nominal value they seek to remove from the premises. Within ten (10) days

after receipt of this inventory, the staff will review the inventory and, upon approval by the staff, those items of nominal value will no longer be subject to this Order. The staff reserves the right, upon reasonable notice to Defendant Clamens' counsel who may be present, to inspect the premises and any personal property in it in an effort to ascertain the fair market value of any particular items of personal property in it; and

(2)    The arrangement dated June 5, 2009 which provides for the surrender of the premises in Miami, Florida, leased by Forum Trading Corp. from One Biscayne Tower, LLC, and of the security deposit in the amount of $7,449 is hereby ratified and One Biscayne Tower, LLC is free to dispose of the security deposit as it sees fit.

II.

**IT IS FURTHER ORDERED** that, pending final disposition of this action or such further order of the Court, expedited discovery, solely with respect to ensuring compliance with the provisions of Section I. above, shall be permitted as follows:

(1)    The Commission shall be permitted to take depositions, including the depositions of Defendants, on three (3) days' notice;

(2)    The Commission shall be permitted to obtain the production of documents within three (3) days from service by facsimile or otherwise of a request or subpoena, from Defendants or any other persons or entities, including non-party witnesses;

(3)    The Commission shall be permitted to obtain other discovery from Defendants, including interrogatories and requests for admissions, within three (3) days from the date of service by facsimile or otherwise of such other discovery requests, interrogatories, or requests for admissions.

3

III.

**IT IS FURTHER ORDERED** that this Order shall be, and is, binding upon Defendants and their agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise.

VI.

**IT IS FURTHER ORDERED** that Defendants may seek to modify this Order to the extent and in the manner provided by applicable law.

**STIPULATED AND AGREED TO BY:**

_____
Jack Kaufman, Esq. (JK-3050)
Steven G. Rawlings, Esq. (SR-0623)
Rhonda Jung, Esq. (RJ-3864)
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
3 World Financial Center, Room 400
New York, New York 10281-1022
Phone (212) 336-0149 (Rawlings)
Fax (212) 336-1322 (Rawlings)

_____
William M. Brodsky, Esq.
FOX HORAN & CAMERINI LLP
825 Third Avenue, 12th Floor
New York, New York 10022
Phone (212) 480-4800
Fax (212) 709-0248
**Counsel for Defendants Guillermo Clamens,
FTC Capital Markets, Inc. and
FTC Emerging Markets, Inc.**

4

SO ORDERED

_Paul R. Gardephe_
HON. PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE

_June 29_, 2009
New York, New York

5

Exhibit A

| Entity Name | Account Number | Account Name |
|---|---|---|
| Wachovia Bank, N.A. | 2000013242691 | FTC Emerging Markets |
| | 2000018010598 | FTC Emerging Markets |
| | 2000013241508 | Forum Trading Corp Payroll Account |
| | 2000013241676 | Forum Trading Corp Operating Account |
| | 2000013242387 | Forum Trading Corporation |
| | 2000013242484 | FTC Holdings LLC Guillermo Clamens |
| | 2000018011403 | Prime Global Securities |
| | 2000018011416 | Prime Global Securities |
| | 2000018667006 | Prime Global Securities |
| | 2000027741418 | FTC Holdings LLC |
| Penson Financial Services, Inc. | 07-11405008 | FTC CAPITAL MARKETS, INC. DEPOSIT ACCOUNT Corporate |
| | 07-11405016 | FTC CAPITAL MARKETS, INC. DEPOSIT ACCOUNT Corporate |
| | 07-11405024 | FTC CAPITAL MARKETS, INC. ERROR ACCOUNT Corporate |
| | 07-11405032 | FTC EMERGING MARKETS INC Corporate NRA |
| | 07-11405040 | FTC EMERGING MARKETS INC Corporate NRA |
| | 07-11405057 | FTC EMERGING MARKETS INC Corporate NRA |
| | 07-11405065 | FTC EMERGING MARKETS INC Corporate NRA |
| | 07-11405073 | FTC EMERGING MARKETS INC Corporate NRA |
| | 07-11405099 | FTC CAPITAL MARKETS, INC. SETTLEMENT ACCOUNT Corporate |
| | 07-11405107 | FTC CAPITAL MARKETS, INC. COMMISSIONS ACCOUNT Corporate |
| | 07-11405115 | FTC CAPITAL MARKETS, INC. Corporate Acccount (Cash) |
| | 11405131 | FTC GROUP CARACAS CA |
| | 07-11405172 | FTC EMERGING MARKETS INC Corporate NRA |
| | 07-11405180 | FTC EMERGING MARKETS INC Corporate NRA |
| | 07-11405198 | FTC EMERGING MARKETS INC Corporate NRA |
| | 07-11405206 | FTC EMERGING MARKETS INC Corporate NRA |
| | 11405396 | FTC GROUP SOCIEDAD DE CORRETAJE DE TITULOS VALORES C A |
| | 07-11405412 | FTC EMERGING MARKETS INC Corporate NRA |
| | 07-11405420 | FTC EMERGING MARKETS INC Corporate NRA |
| | 07-11405453 | FTC EMERGING MARKETS INC Corporate NRA |
| | 07-11405487 | FTC CAPITAL MARKETS INC Corporate |
| | 07-11405495 | FTC CAPITAL MARKETS INC Corporate |
| | 07-11405503 | FTC CAPITAL MARKETS INC Corporate |
| | 07-11405651 | FTC LONDON UK LIMITED Corporate NRA |
| | 11405727 | FTC INTERNATIONAL SPC |
| | 11405735 | FTC HOLDINGS LLC |
| | 07-22530455 | FTC EMERGING MARKETS INC NRA Corporate Account (Cash) |
| | 07-32383994 | FTC EMERGING MARKETS INC Corporate NRA |
| | 07-91PQ0106 | FTC CAPITAL MARKETS, INC. - PQ16 |
| | 07-91PQ0205 | FTC CAPITAL MARKETS, INC. |
| | 07-91PQ1609 | FTC CAPITAL MARKETS, INC. |
| | 07-91PQ1906 | FTC CAPITAL MARKETS, INC. - PQ19 |
| | 11406014 | GUILLERMO D CLAMENS / MARIELA HERNANDEZ JTWROS |
| | 11406022 | GUILLERMO D CLAMENS / MARIELA HERNANDEZ JTWROS |
| Newedge USA, LLC | 817, 001-64381,C235299 | FTC CAPITAL MARKETS, INC. |
| | 809, 001-64366,C234182 | FTC EMERGING MARKETS, INC. |
| | 808, 001-64368,C234193 | FTC LONDON UK LIMITED |
| Morgan Stanley | 34-DA2NM | FTC EMERGING MARKETS, INC. |
| | 34-DA2206 | PRIME GLOBAL SECURITIES, INC. |
| BNP Paribas | 31600028 | FTC CAPITAL MARKETS, INC DEPOSIT ACCOUNT |
| | 31600047 | FTC CAPITAL MARKETS, INC SETTLEMENT ACCOUNT |
| | 31600108 | FTC EMERGING MKTS ACCOUNT 1 |
| Savoy Bank | 2000750 | GUILLERMO D CLAMENS |
| | 1000157 | GUILLERMO D CLAMENS |
| JP Morgan Chase Bank NA | 790037782 | FTC CAPITAL MARKETS, INC. |
| | 790051528 | FTC EMERGING MARKETS, INC. |
| Bear Stearns, a division of JP Morgan | 996-02877 | FTC CAPITAL MARKETS |
| | 615-17212 | FTC CAPITAL MARKET |
| | 197-93690 | FTC CAPITAL MARKETS INC |
| | 197-94984 | FTC CAPITAL MARKERS INC A/C FTC EMERGING MARKETS |
| | 197-94328 | FTC CAPITAL MARKETS INC |
| | 197-96329 | FTC CAPITAL MARKETS INC |
| | 042-00263 | FTC EMERGING MARKETS, INC. |
| | 042-00212 | FTC EMERGING MARKETS, INC. |
| | 350-92516 | FTC CAPITAL MARKETS INC |