```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                      :
SECURITIES AND EXCHANGE COMMISSION,                   :
                                                      :   ECF Case
                Plaintiff,                            :
                                                      :   09 Civ. 4755 (PGG)
        -against-                                     :
                                                      :
FTC CAPITAL MARKETS, INC.,                            :
FTC EMERGING MARKETS, INC., also d/b/a                :
FTC GROUP, GUILLERMO DAVID CLAMENS,                   :
LINA LOPEZ a/k/a NAZLY CUCUNUBA LOPEZ,                :
                                                      :
                Defendants.                           :
------------------------------------------------------x

## STIPULATION AND ORDER

    IT IS HEREBY STIPULATED AND AGREED that defendants, in order to effectuate the surrender agreement dated June 5, 2009 with One Biscayne Tower, LLC, the landlord of the premises demised to Forum Trading Corp. pursuant to which all personal property must be removed from the premises by 5:00 p.m. on July 2, 2009, are authorized to donate the furniture located in the premises to Miami Bridge Youth & Family Services, Inc., 2810 N.W. South River Drive Miami, FL 33125, telephone: (305) 635-8953, web page: http://www.miamibridge.org, an organization devoted to underprivileged youth in the Miami area.

    IT IS FURTHER STIPULATED AND AGREED that Joaquin Gabaldon be authorized to remove four (4) works of art from the premises demised to Forum Trading Corp. Mr. Gabaldon shall maintain these art works in his custody and shall not dispose of them without further order of this Court.

IT IS FURTHER STIPULATED AND AGREED, that the Order Imposing Asset Freeze and Other Relief Against Defendants FTC Capital Markets, Inc., FTC Emerging markets, Inc., also d/b/a FTC Group and Guillermo David Clamens, entered June 29, 2009, shall be amended to authorize the above-referenced actions.

**STIPULATED AND AGREED TO BY:**

| SECURITIES AND EXCHANGE COMMISSION | FOX HORAN & CAMERINI LLP |
|---|---|
| By: _____ JACK KAUFMAN (JK-3050) STEVEN G. RAWLINGS (SR-0623) RHONDA JUNG (RJ-3864) | By: _____ William M. Brodsky (WB 4398) V. David Rivkin (VR 6734) |
| *Attorneys for Plaintiff* New York Regional Office 3 World Financial Center – Rm. 400 New York, NY 10281 Tel. (212) 336-0106 | *Attorneys for Defendants* GUILLERMO DAVID CLAMENS FTC CAPITAL MARKETS, INC. FTC EMERGING MARKETS, INC. 825 Third Avenue, 12th Floor New York, New York 10022 Tel. (212) 480-4800 Fax. (212) 709-0248 |

**SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

July 1, 2009
New York, New York