IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSSION,<br><br>          Plaintiff,<br>     v.<br><br>FTC Capital Markets, Inc.,<br>FTC Emerging Markets, Inc., also d/b/a FTC Group,<br>Guillermo David Clamens,<br>Lina Lopez a/k/a Nazly Cucunuba Lopez | No: 09-CV-4755 (PGG) |

### ANSWER OF LINA LOPEZ A/K/A NAZLY CUCUNUBA LOPEZ

Defendant, Lina Lopez a/k/a Nazly Cucunuba Lopez, by her attorney Priya Chaudhry, for her answer to the complaint herein respectfully advises the Court that she has been named as a defendant in a criminal complaint filed May 8, 2009 in this Court under docket number 09 Mag.1223 which alleges that she conspired to commit wire and securities fraud based on the same transactions alleged in the complaint herein. Therefore, upon advice of counsel, Ms. Lopez respectfully asserts her privilege under the Fifth Amendment to the United States Constitution and declines to answer the allegations contained in each and every paragraph of the Complaint.  Ms. Lopez further respectfully requests that the Court deem this filing as the equivalent of a denial of each and every allegation in the complaint pursuant to *United States v. 4003-4005 5th Ave.*, 55 F.3d 78, 83 (2d Cir. 1995).

WHEREFORE, defendant Lina Lopez a/k/a Nazly Cucunuba Lopez respectfully seeks an Order:

1. Dismissing the Complaint in its entirety; and

2. Granting such other and further relief as this Court deems just and proper.

Dated: New York, New York

August 14, 2009

Respectfully submitted,

　　/s/ Priya Chaudhry
Priya Chaudhry (PC-3073)
pchaudhry@chaudhrylaw.com
Law Offices of Priya Chaudhry
80 Pine Street, 33rd Floor
New York, NY 10005
Phone: 212.785.5550
Fax:    212.785.5558
Attorney for Lina Lopez a/k/a
Nazly Cucunuba Lopez