UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

               Plaintiff,

     -against-

FTC CAPITAL MARKETS, INC.,
FTC EMERGING MARKETS, INC., also d/b/a
FTC GROUP, GUILLERMO DAVID CLAMENS,
LINA LOPEZ a/k/a NAZLY CUCUNUBA LOPEZ,

               Defendants.
------------------------------------------------------------x

ECF Case

09 Civ. 4755 (PGG)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 8/20/09

~~PROPOSED~~ STIPULATION AND ORDER

       IT IS HEREBY STIPULATED AND AGREED that the Order Imposing Asset Freeze and Other Relief Against Defendants FTC Capital Markets, Inc., FTC Emerging markets, Inc., also d/b/a FTC Group and Guillermo David Clamens, entered June 29, 2009, be amended as follows:

       Jorge Piedrahita is expressly authorized to supervise the removal from defendant Guillermo David Clamens's condominium apartment P20-D at 120 East 87th Street all art work located therein, consisting of sixteen (16) paintings and one (1) statue, for the purpose of delivering such art work to Fox Horan & Camerini LLP, the attorneys for the defendants (except Lina Lopez), and Fox Horan & Camerini LLP is expressly authorized to maintain those art works in its custody and not to dispose of them without further order of this Court.

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| SECURITIES AND EXCHANGE<br>COMMISSION<br><br>By: _____<br>JACK KAUFMAN (JK-3050)<br>STEVEN G. RAWLINGS (SR-0623)<br>RHONDA JUNG (RJ-3864)<br><br>*Attorneys for Plaintiff*<br>New York Regional Office<br>3 World Financial Center – Rm. 400<br>New York, NY 10281<br>Tel. (212) 336-0106 | FOX HORAN & CAMERINI LLP<br><br>By: _____<br>William M. Brodsky (WB 4398)<br>V. David Rivkin (VR 6734)<br><br>*Attorneys for Defendants*<br>GUILLERMO DAVID CLAMENS<br>FTC CAPITAL MARKETS, INC.<br>FTC EMERGING MARKETS, INC.<br>825 Third Avenue, 12th Floor<br>New York, New York 10022<br>Tel. (212) 480-4800<br>Fax. (212) 709-0248 |

**SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

August 18, 2009
New York, New York