```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 10/16/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                     Plaintiff,

       - against -

FTC Capital Markets, Inc.,
FTC Emerging Markets, Inc., also d/b/a FTC Group,
Guillermo David Clamens,
Lina Lopez a/k/a Nazly Cucunuba Lopez,

                     Defendants.
-------------------------------------------------------------x

ECF Case

09 Civ. 4755 (PGG)

**STIPULATION
AND ORDER**

It is hereby stipulated and agreed that the Stipulation and Order entered on August 7, 2009, as amended by Stipulation and Order entered September 8, 2009, be further amended as follows:

The liquidation of Paradigm Holdings, Inc. (PDHO) common stock in accounts beneficially owned by the defendants shall be halted pending further Order of this Court.

**Stipulated And Agreed To By:**

SECURITIES AND EXCHANGE
COMMISSION

By: _____
JACK KAUFMAN (JK-3050)
STEVEN G. RAWLINGS (SR-0623)
RHONDA JUNG (RJ-3864)
*Attorneys for Plaintiff*
New York Regional Office
3 World Financial Center – Rm. 400
New York, NY 10281
Tel. (212) 336-0106

Dated: New York, New York
       October 16, 2009

FOX HORAN & CAMERINI LLP

By: _____
WILLIAM M. BRODSKY (WB 4398)
V. DAVID RIVKIN (VR 6734)
*Attorneys for Defendants*
Guillermo David Clamens
FTC Capital Markets, Inc.
FTC Emerging Markets, Inc.
825 Third Avenue, 12th Floor
New York, New York 10022
Tel. (212) 480-4800

SO ORDERED:

_____
PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE