*AANSPHE,S*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                       Plaintiff,

    - against -

FTC Capital Markets, Inc.,
FTC Emerging Markets, Inc., also d/b/a FTC Group,
Guillermo David Clamens,
Lina Lopez a/k/a Nazly Cucunuba Lopez,

                       Defendants.
------------------------------------------------------x

ECF Case

09 Civ. 4755 (PGG)

## STIPULATION AND [PROPOSED] ORDER

Plaintiff Securities and Exchange Commission ("Commission") and defendants FTC Capital Markets, Inc., FTC Emerging Markets, Inc. also d/b/a FTC Group, and Guillermo David Clamens (collectively, "Defendants"), through their undersigned counsel, hereby enter into this stipulation and agreed order, on the terms set forth below.

Whereas, on June 29, 2009, the Court issued an Order freezing Defendants' assets, pending the final disposition of this case;

Whereas, FTC Securities, Inc. ("FTC Securities"), an affiliate of defendant FTC Group, was a tenant at 126 East 56th Street, New York, New York, occupying suites 1110 and 3110 (the "Premises"), under the terms of an Agreement of Lease dated September 25, 2003;

Whereas, Defendants' New York offices were located at the Premises;

Whereas, Tower Real Estate Owners, L.L.C. ("Landlord") is the owner and landlord of the Premises;

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/09
```

Whereas, FTC Securities surrendered possession of the Premises to the Landlord on or about September 8, 2009, and thereafter abandoned certain personal property, furniture and office equipment in the Premises (the "FTC property");

Whereas, on or about October 23, 2009, the Commission inspected the Premises and determined that the FTC property was of nominal value;

Now therefore, Defendants and the Commission hereby stipulate and agree, that the Commission is authorized to abandon the FTC property, and that the Landlord may dispose of the FTC property. It is further stipulated and agreed that the Landlord is hereby authorized to remove any and all property and equipment remaining in the Premises in order to effectuate the surrender of the leased premises.

Stipulated And Agreed To By:

SECURITIES AND EXCHANGE COMMISSION

By: _____
JACK KAUFMAN (JK-6050)
STEVEN G. RAWLINGS (SR-0623)
RHONDA JUNG (RJ-3864)
*Attorneys for Plaintiff*

FOX HORAN & CAMERINI LLP

By: _____
WILLIAM M. BRODSKY (WB 4398)
V. DAVID RIVKIN (VR 6734)
*Attorneys for Defendants*

SO ORDERED:

_____
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT COURT JUDGE

Nov. 6, 2009
New York, New York

2