USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/15/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

- against -

FTC Capital Markets, Inc.,
FTC Emerging Markets, Inc., also d/b/a FTC Group,
Guillermo David Clamens,
Lina Lopez a/k/a Nazly Cucunuba Lopez,

                Defendants.
-----------------------------------------------------------x

ECF Case

09 Civ. 4755 (PGG)

## STIPULATION AND [PROPOSED] ORDER

Plaintiff Securities and Exchange Commission ("Commission") and defendants FTC Capital Markets, Inc., FTC Emerging Markets, Inc. also d/b/a FTC Group, and Guillermo David Clamens (collectively, "Defendants"), through their undersigned counsel, hereby enter into this stipulation and agreed order, on the terms set forth below.

Whereas, on June 29, 2009, the Court issued an Order freezing Defendants' assets, pending the final disposition of this case;

Whereas, FTC London UK Ltd. is an affiliate of Defendants, controlled by defendant Guillermo Clamens.

Whereas, the following accounts at Coutts Bank, 440 Strand, London WC2R 0QS, are held in the name of FTC London UK Ltd.: (1) Account No. 00176915, sort code

1-80000-2; (2) Account No. 00176907, sort code 1-80000-2; and (3) Account No. 10381309, sort code 1-800-91 (the "Accounts");

Whereas, subject to the payment of certain expenses necessary to wind up the business operations of FTC London UK Ltd., Defendants have agreed to transfer the remaining balances in the Accounts to the United States;

Now therefore, Guillermo David Clamens and FTC London UK Ltd. are expressly authorized by the parties and directed by the Court to take the following actions: (1) make payments as required from the Accounts, not to exceed £15,000, to Reed Smith for the sole purpose of representing FTC London UK Ltd. regarding claim number CL985029 filed in Central London County Court by former FTC London UK employee Marielle Lukaczyk (the "Claim"); (2) pay the amount, if any, required to be paid to Marielle Lukaczyk to resolve the Claim; (3) pay £2,550.64 to Reed Smith LLP and £7,072.50 to Shipleys LLP in connection with winding up the affairs of FTC London UK; and (4) immediately transfer any remaining funds in the Accounts to account number 2000750 at

2

Savoy Bank, 250 West 57th Street, New York, New York in the name of Guillermo D. Clemens pending final disposition of this case.

Stipulated And Agreed To By:

SECURITIES AND EXCHANGE
COMMISSION

By: /s/ Rhonda Jung
JACK KAUFMAN (JK-3050)
RHONDA JUNG (RJ-3864)
*Attorneys for Plaintiff*

FOX HORAN & CAMERINI LLP

By: /s/ William M. Brodsky
WILLIAM M. BRODSKY (WB 4398)
V. DAVID RIVKIN (VR 6734)
*Attorneys for Defendants*

SO ORDERED:

/s/ Paul G. Gardephe
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT COURT JUDGE

December 15, 2009
New York, New York

3