UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

            Plaintiff,

-against-

FTC CAPITAL MARKETS, INC.,
FTC EMERGING MARKETS, INC., also d/b/a FTC GROUP,
GUILLERMO DAVID CLAMENS, and
LINA LOPEZ a/k/a NAZLY CUCUNUBA LOPEZ,

            Defendants.

**ECF CASE**

09 Civ. 4755 (PGG)

ORDER

PAUL G. GARDEPHE, U.S.D.J.:

On June 29, 2009, this Court imposed an asset freeze against Defendants FTC Capital Markets, FTC Emerging Markets, and Guillermo Clamens. Defendant Lina Lopez now seeks to modify the asset freeze to permit the FTC entities, her former employer, to advance her legal fees in the parallel criminal case in which she is a defendant. Briefing on this motion was complete on December 11, 2009.

It is hereby ORDERED that this Court will hold oral argument on Lopez's motion on **Monday, January 11 at 3:00 p.m.** in Courtroom 18B at the United States Courthouse, 500 Pearl Street, New York, New York.

Dated: New York, New York
       December 30, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/31/09