```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                   Plaintiff,

         - against -

FTC Capital Markets, Inc.,
FTC Emerging Markets, Inc., also d/b/a FTC Group,
Guillermo David Clamens,
Lina Lopez a/k/a Nazly Cucunuba Lopez,

                   Defendants.
-----------------------------------------------------------x

ECF Case

09 Civ. 4755 (PGG)

## STIPULATION AND [PROPOSED] ORDER

    It is hereby stipulated and agreed that in connection with the Stipulation and Order entered on December 15, 2009 the following additional actions be taken to facilitate winding down the business operations of FTC London UK Ltd. so that the remaining balances in the accounts at Coutts Bank, 440 Strand, London WC2R 0QS, held in the name of FTC London UK Ltd. can be transferred to the United States: (1) Account No. 00176915, sort code 1-80000-2; (2) Account No. 00176907, sort code 1-80000-2; and (3) Account No. 10381309, sort code 1-800-91 (the "Accounts").

    Guillermo David Clamens and FTC London UK Ltd. are expressly authorized by the parties and directed by the Court to make additional payments as required from the Accounts, not to exceed £25,000, to Reed Smith for the sole purpose of representing FTC London UK Ltd.

regarding claim number CL985029 filed in Central London County Court by former FTC London UK employee Marielle Lukaczyk.

Stipulated And Agreed To By:

SECURITIES AND EXCHANGE
COMMISSION

By: /s/ Jack Kaufman
JACK KAUFMAN (JK-3050)
RHONDA JUNG (RJ-3864)
*Attorneys for Plaintiff*

FOX HORAN & CAMERINI LLP

By: /s/ William M. Brodsky
WILLIAM M. BRODSKY (WB 4398)
V. DAVID RIVKIN (VR 6734)
*Attorneys for Defendants*

SO ORDERED:

_____
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT COURT JUDGE

March 24, 2010
New York, New York

2