USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

   -against-

FTC CAPITAL MARKETS, INC.,
FTC EMERGING MARKETS, INC., also d/b/a
FTC GROUP, GUILLERMO DAVID CLAMENS,
LINA LOPEZ a/k/a NAZLY CUCUNUBA LOPEZ,

      Defendants.
---------------------------------------------------------------X

ECF Case

09 Civ. 4755 (PGG)

## STIPULATION AND ORDER

   IT IS HEREBY STIPULATED AND AGREED that the dates set forth in the October 15, 2009 Civil Case Management Plan and Scheduling Order are hereby extended 240 calendar days for the following: (1) the completion of fact discovery; (2) depositions of fact witnesses; (3) service of requests to admit; (4) expert discovery; and (5) post-discovery dispositive motions.

SECURITIES AND EXCHANGE
COMMISSION

By: _____
JACK KAUFMAN (JK-3050)
RHONDA JUNG (RJ-3864)
*Attorneys for Plaintiff*
New York Regional Office
3 World Financial Center – Rm. 400
New York, NY 10281
Tel. (212) 336-0106

FOX HORAN & CAMERINI LLP

By: _____
WILLIAM M. BRODSKY (WB 4398)
V. DAVID RIVKIN (VR 6734)
*Attorneys for Defendants*
GUILLERMO DAVID CLAMENS
FTC CAPITAL MARKETS, INC.
FTC EMERGING MARKETS, INC.
825 Third Avenue, 12th Floor
New York, New York 10022
Tel. (212) 480-4800
Fax. (212) 709-0248

LAW OFFICES OF P. CHAUDHRY

By: *[signature]*
PRIYA CHAUDHRY (PC-3073)
*Attorney for Defendant*
Lina Lopez a/k/a Nazly Cucunuba Lopez
80 Pine Street, 33rd Floor
New York, NY 10005
Tel. (212) 785-5550
Fax. (212) 785-5558

SO ORDERED:

*[signature]*
PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE

July 20, 2010
New York, New York

2