```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

-against-

FTC CAPITAL MARKETS, INC.,
FTC EMERGING MARKETS, INC., also d/b/a FTC GROUP, GUILLERMO DAVID CLAMENS, and
LINA LOPEZ a/k/a NAZLY CUCUNUBA LOPEZ,

        Defendants.

**ECF CASE**

09 Civ. 4755 (PGG)

**ORDER**

PAUL G. GARDEPHE, U.S.D.J.:

  IT IS HEREBY ORDERED that the United States Securities and Exchange Commission, pursuant to its obligation to convert the Assets in the Final Judgments As To Defendants FTC Capital Markets, Inc., FTC Emerging Markets, Inc. also d/b/a FTC Group, and Guillermo David Clamens to cash as soon as practicable, is hereby ordered to transfer thirteen million eight hundred forty eight thousand one hundred eighty three (13,848,183) shares of Paradigm Holdings, Inc. (PDHO.OB) common stock to the company at par value.

Dated: New York, New York
   November 24, 2010

            SO ORDERED.

            _____
            Paul G. Gardephe
            United States District Judge