UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,  :
                                                                  :      ECF Case
                              Plaintiff,  :
                                                   :      09 Civ. 4755 (PGG)
                   - against -  :

FTC Capital Markets, Inc.,  :
FTC Emerging Markets, Inc., also d/b/a FTC Group,  :
Guillermo David Clamens,  :
Lina Lopez a/k/a Nazly Cucunuba Lopez,  :
                                                  :
                              Defendants.  :
-------------------------------------------------------------x

## ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on the Court Registry in the amount of $243.00 for the payment of the Distribution Funds Taxes. The check should be drawn on CRIS account 09 Civ. 4755 (PGG), under the case name designation "*SEC v. FTC Capital Markets, Inc., et al.*" made payable to "Damasco & Associates, Trust Account." The check shall contain the notation "*SEC v. FTC Capital Markets, Inc., et al.* Distribution Fund, Employer Identification Number 27-4437749".



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/14/11

1

2. The Clerk shall send the check by overnight mail to:

Damasco & Associates LLP
700 Monte Vista Lane
Half Moon Bay, CA 94019
Phone: 415-217-4900

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: Feb. 11, 2011

_____
UNITED STATES DISTRICT JUDGE