UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,

                       Plaintiff,

         - against -

FTC Capital Markets, Inc.,
FTC Emerging Markets, Inc., also d/b/a FTC Group,
Guillermo David Clamens,
Lina Lopez a/k/a Nazly Cucunuba Lopez,

                      Defendants.
------------------------------------------------------------x

ECF Case

09 Civ. 4755 (PGG)

## ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF TAX ADMINISTRATOR

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Fees and Expenses of Tax Administrator and the supporting Declaration of the Tax Administrator (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on the Court Registry in the amount of $2,923.76 for the fees and expenses of [Jude P.] Damasco as Tax Administrator. The check should be drawn on CRIS account 09 Civ. 4755 (PGG), under the case name designation "*SEC v. FTC Capital Markets, Inc., et al.*" and made payable to "Damasco & Associates LLP." The check should also contain the following notation: "*SEC v. FTC Capital Markets, Inc., et al.*, professional services for the period 12/31/10 to 2/6/11, Invoice No. 25956."

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/14/11

1

2. The Clerk shall send the check by overnight mail to:

   Damasco & Associates LLP
   700 Monte Vista Lane
   Half Moon Bay, CA 94019
   Phone: 415-217-4900

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the SEC's billing number.

Dated: Feb 11, 2011

*[signature]*
UNITED STATES DISTRICT JUDGE