UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                           :
SECURITIES AND EXCHANGE COMMISSION, :
                                                           :
                        Plaintiff,                         :
                                                           :
              v.                                           :
                                                           :
FTC CAPITAL MARKETS, INC., FTC                             :
EMERGING MARKETS, INC. also d/b/a FTC                      :
GROUP, GUILLERMO DAVID CLAMENS, and :
LINA LOPEZ a/k/a NAZLY CUCUNUBA                            :
LOPEZ,                                                     :
                                                           :
                        Defendants.                        :
                                                           :
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/11

ECF CASE

Case No. 09 Civ. 4755 (PGG)

## [PROPOSED] ORDER

WHEREAS, the Court's Final Judgments As To Defendants FTC Capital Markets, Inc.,

FTC Emerging Markets, Inc. also d/b/a FTC Group, and Guillermo David Clamens states that

certain assets "be converted to cash as soon as practicable," including BNP Paribas Securities

Corp. ("BNPP Securities") account numbered 31600108 in the name of FTC Emerging Markets

Inc. (the "Account");

IT IS HEREBY ORDERED that BNPP Securities is expressly authorized and directed to

liquidate by April 15, 2011 through its proprietary trading desk, its affiliates or non-affiliated

third parties, the bonds ("Bonds") held in the Account;

IT IS FURTHER HEREBY ORDERED that, to the extent that any Bond is illiquid

and/or the price for any Bond is not readily determinable, BNPP Securities is expressly

authorized and directed to liquidate such Bond by April 15, 2011, if it is able to do so through

commercially reasonable efforts, at such price as it can obtain, notwithstanding that persons or

entities known or unknown to BNPP Securities might have offered a higher price for such Bond.

If BNPP Securities is unable to liquidate any Bond by April 15, 2011, BNPP Securities shall

report such fact to the Court and to the Securities and Exchange Commission and await further

instructions as to the disposition of such Bond.

Dated:     March 2, 2011
           New York, New York

                         SO ORDERED

                         Paul G. Gardephe
                         United States District Judge

2