UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

        v.

FTC CAPITAL MARKETS, INC., FTC
EMERGING MARKETS, INC. also d/b/a FTC
GROUP, GUILLERMO DAVID CLAMENS, and
LINA LOPEZ a/k/a NAZLY CUCUNUBA LOPEZ,

        Defendants.

------------------------------------------------------------X

ECF CASE

Case No. 09 Civ. 4755 (PGG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/15/11

## STIPULATION AND [PROPOSED] ORDER

    WHEREAS, pursuant to the Court's Final Judgments As To Defendants FTC Capital Markets, Inc., FTC Emerging Markets, Inc. also d/b/a FTC Group, and Guillermo David Clamens (collectively, the "Defendants") the Defendant's affiliate FTC London UK Ltd. ("FTC London") is required to be formally closed.

    WHEREAS, there is currently a total of approximately £10,014.05 in the following accounts held in the name of FTC London at Coutts Bank, 440 Strand, London WC2R 0QS: (1) Account No. 00176915, sort code 1-80000-2; (2) Account No. 00176907, sort code 1-80000-2; and (3) Account No. 10381309, sort code 1-800-91 (the "Accounts").

    IT IS HEREBY ORDERED that Guillermo David Clamens and FTC London are expressly authorized by the parties and directed by the Court to make the following payments from the Accounts: (1) £3,210.67 to the UK Office of Revenue and Customs in full satisfaction

of FTC London's National Insurance Contributions; (2) £5,000 to Reed Smith to file the requisite documents to formally close FTC London and in full satisfaction of any and all amounts previously owed to Reed Smith by FTC London; and (3) immediately transfer the remaining funds to the Southern District of New York Court Registry Investment System account, under the case name designation "*SEC v. FTC Capital Markets, Inc., et al. 09 Civ. 4955 (PGG).*"

Dated:  March 14, 2011
        New York, New York

Stipulated And Agreed To By:

SECURITIES AND EXCHANGE                     FOX HORAN & CAMERINI LLP
COMMISSION

By: /s/ Jack Kaufman                        By: /s/ William M. Brodsky
    JACK KAUFMAN (JK-3050)                      WILLIAM M. BRODSKY (WB 4398)
    RHONDA JUNG (RJ-3864)                       *Attorney for Defendants   Attorneys for*
*Plaintiff*

SO ORDERED:

/s/ Paul G. Gardephe
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT COURT JUDGE

March 15, 2011
New York, New York

2