```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

               Plaintiff,

    v.

FTC CAPITAL MARKETS, INC., FTC
EMERGING MARKETS, INC. also d/b/a FTC
GROUP, GUILLERMO DAVID CLAMENS, and
LINA LOPEZ a/k/a NAZLY CUCUNUBA LOPEZ,

               Defendants.

------------------------------------------------------------X

ECF CASE

Case No. 09 Civ. 4755 (PGG)

## STIPULATION AND [PROPOSED] ORDER

    Plaintiff Securities and Exchange Commission and defendants FTC Capital Markets, Inc., FTC Emerging Markets, Inc. also d/b/a FTC Group, and Guillermo David Clamens (collectively, the "Defendants"), through their undersigned counsel, hereby stipulate as follows:

    WHEREAS, pursuant to the Court's Final Judgments as to Defendants, the artwork listed in the attached Appraiser Declaration dated July 24, 2009 ("Appraiser Declaration") is required to be sold and any third party, including Mrs. Mariela Hernandez Clamens, is permitted to purchase those works of art at the prices listed on the Appraiser Declaration.

    WHEREAS, Mr. Julio Valdez has offered to purchase the four works listed in the Appraiser Declaration that were painted by him for $10,900, the value listed for them in the Appraiser Declaration;

WHEREAS, Mrs. Clamens has offered to purchase the remaining twelve paintings listed in the Appraiser Declaration for $31,300, the value listed for them in the Appraiser Declaration;

IT IS HEREBY ORDERED that (1) the four works listed in the Appraiser Declaration that were painted by Mr. Julio Valdez are to be sold to him for $10,900; (2) the remaining twelve paintings listed in the appraiser declaration are to be sold to Mrs. Clamens for $31,300; (3) the funds for such purchases are to be immediately transferred to the Southern District of New York Court Registry Investment System account, under the case name designation "*SEC v. FTC Capital Markets, Inc., et al. 09 Civ. 4955 (PGG)*"; and (4) the final piece of artwork listed in the Appraiser Declaration, the statue by Cornelius Zitman, shall remain in the possession of Fox Horan & Camerini LLP pending further order of the Court.

Dated: April __, 2011
New York, New York

Stipulated And Agreed To By:

SECURITIES AND EXCHANGE COMMISSION

By: _____
JACK KAUFMAN (JK-3050)
RHONDA JUNG (RJ-3864)

FOX HORAN & CAMERINI LLP

By: _____
WILLIAM M. BRODSKY (WB 4398)
*Attorneys for Defendants*

SO ORDERED:

_____
HONORABLE PAUL G. GARDEPHE
UNITED STATES DISTRICT COURT JUDGE

April __, 2011
New York, New York

2