UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | |
| Plaintiff, | |
| -against- | |
| FTC CAPITAL MARKETS, INC., FTC EMERGING MARKETS, INC., also d/b/a FTC GROUP,GUILLERMO DAVID CLAMENS, and LINA LOPEZ a/k/a NAZLY CUCUNUBA LOPEZ, | |
| Defendants. | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/18/11

**ORDER**

09 Civ. 4755 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

This Court's August 25, 2010 Judgment (see Dkt. No. 50) provided that:

> In full satisfaction of Defendant's obligation to pay disgorgement, prejudgment interest, and a civil money penalty under this Judgment, Defendant [Guillermo David] Clamens and Defendants FTC Capital Markets, Inc. and FTC Emerging Markets, Inc. hereby:  (1) are deemed to have relinquished all legal and equitable right, title, and interest in the assets listed in Exhibit A attached hereto (the "Assets") . . . .

(Aug. 25, 2010 Order at 4)

Those Assets include an account in the name of FTC Capital Markets, Inc. at the Penson Financial Corp. ("Penson") that is numbered 11405016 (the "Account").  (See Aug. 25, 2010 Order, Ex. A)  Accordingly, it is hereby ORDERED that Penson is authorized and directed to transfer all available funds in the Account to the Southern District of New York Court Registry Investment System account, under the case name designation  "SEC v. FTC Capital Markets, Inc., et al. 09 Civ. 4955 (PGG)."

Dated:  New York, New York
April 18, 2011

SO ORDERED.

Paul G. Gardephe
United States District Judge