UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

      Plaintiff,

    v.

FTC CAPITAL MARKETS, INC., FTC
EMERGING MARKETS, INC. also d/b/a FTC
GROUP, GUILLERMO DAVID CLAMENS, and
LINA LOPEZ a/k/a NAZLY CUCUNUBA
LOPEZ,

      Defendants.

-----------------------------------------------------------X

ECF CASE

Case No. 09 Civ. 4755 (PGG)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/11

## [PROPOSED] ORDER

WHEREAS, on March 2, 2011, the Court entered an order (the "March 2, 2011 Order") authorizing and directing BNP Paribas Securities Corp. ("BNPP Securities") to liquidate the bonds (the "Bonds") held in the account numbered 31600108 in the name of FTC Emerging Markets Inc. (the "Account") if it is able to do so through commercially reasonable efforts, at such prices as it can obtain;

WHEREAS, excepting a bond issued by FTC International SPC bearing the international securities identification number XS0383952206 (the "FTC Bond"), which has defaulted, BNPP Securities has liquidated all but one of the Bonds in the Account (the "Remaining Bond");

WHEREAS, on April 11, 2011, BNPP Securities reported to the Securities and Exchange Commission that it has been unable to liquidate the Remaining Bond through

commercially reasonable efforts and does not expect to be able to liquidate the Remaining Bond by April 15, 2011;

IT IS HEREBY ORDERED that the March 2, 2011 Order is hereby amended such that BNPP Securities is expressly authorized and directed to liquidate the Remaining Bond by May 15, 2011 if it is able to do so through commercially reasonable efforts, at such prices as it can obtain, notwithstanding that persons or entities known or unknown to BNPP Securities might have offered a higher price for the Remaining Bond. If BNPP Securities is unable to liquidate the Remaining Bond by May 15, 2011 and/or if the Remaining Bond defaults, BNPP Securities shall report such fact to the Securities and Exchange Commission but shall be under no further obligation with respect to the Remaining Bond absent a further order from the Court.

IT IS FURTHER HEREBY ORDERED that BNPP Securities shall be under no further obligation with respect to the FTC Bond absent a further order from the Court.

IT IS FURTHER HEREBY ORDERED that BNPP Securities is to transfer all available cash assets in the account numbered 31600028 in the name of FTC Capital Markets, Inc., the account numbered 31600047 in the name of FTC Capital Markets, Inc. and the account numbered 31600108 in the name of FTC Emerging Markets, Inc. to the Southern District of New York Court Registry Investment System account, under the case name designation *"SEC v. FTC Capital Markets, Inc., et al. 09 Civ. 4955 (PGG)."*

Dated:  April 18, 2011
        New York, New York

                    SO ORDERED

                    _____
                    Paul G. Gardephe
                    United States District Judge

2