UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

              Plaintiff,

           v.

FTC CAPITAL MARKETS, INC., FTC
EMERGING MARKETS, INC. also d/b/a FTC
GROUP, GUILLERMO DAVID CLAMENS, and
LINA LOPEZ a/k/a NAZLY CUCUNUBA
LOPEZ,

              Defendants.

------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/7/11
```

ECF CASE

Case No. 09 Civ. 4755 (PGG)

## [~~PROPOSED~~] ORDER

WHEREAS, the Court's Final Judgments As To Defendants FTC Capital Markets, Inc., FTC Emerging Markets, Inc. also d/b/a FTC Group, and Guillermo David Clamens requires certain assets "be converted to cash as soon as practicable" including, but not limited to, Bear Stearns accounts numbered 042-00212 and 042-00263 in the name of FTC Emerging Markets Inc. (the "Accounts");

IT IS HEREBY ORDERED that Bear Stearns is expressly authorized and directed to liquidate by July 5, 2011 through its proprietary trading desk, its affiliates or non-affiliated third parties, the bonds ("Bonds") held in the Accounts;

IT IS FURTHER HEREBY ORDERED that, to the extent that any Bond is illiquid and/or the price for any Bond is not readily determinable, Bear Stearns is expressly authorized and directed to liquidate such Bond by July 5, 2011, if it is able to do so through commercially reasonable efforts, at such price as it can obtain, notwithstanding that persons or entities known

or unknown to Bear Stearns might have offered a higher price for such Bond. If Bear Stearns is unable to liquidate any Bond by July 5, 2011, Bear Stearns shall report such fact to Rhonda L. Jung at the Securities and Exchange Commission and await further instructions as to the disposition of such Bond(s).

IT IS FURTHER HEREBY ORDERED that after the Bonds are liquidated Bear Stearns is to transfer the funds in the Accounts, less the amounts retained by Bear Stearns as reasonable and customary fees for the liquidation of the Bond(s), by sending to The United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007 a check made payable to the "Clerk of the Court" with the case name designation "*SEC v. FTC Capital Markets, Inc., et al. 09 Civ. 4955 (PGG).*"

Dated: June 6, 2011
       New York, New York

                                SO ORDERED

                                _____
                                Paul G. Gardephe
                                United States District Judge