UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
**Securities and Exchange Commission,**                :
                                                        :   ECF Case
                                      **Plaintiff,**   :
                                                        :   09 Civ. 4755 (PGG)
         - against -                                    :
                                                        :
**FTC Capital Markets, Inc.,**                         :
**FTC Emerging Markets, Inc., also d/b/a FTC Group,**  :
**Guillermo David Clamens,**                           :
**Lina Lopez a/k/a Nazly Cucunuba Lopez,**             :
                                                        :
                                      **Defendants.**  :
------------------------------------------------------------------- x

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jeffrey Chubak of Dewey & LeBoeuf LLP, with an office located at 1301 Avenue of the Americas, New York, New York, 10019, hereby appears on behalf of Deutsche Bank Trust Company Americas.

I hereby certify that I am admitted to practice before this Court.

Dated: June 23, 2011                         Respectfully Submitted,
       New York, New York

                                             /s/ Jeffrey Chubak
                                             William G. Primps
                                             Peter Baumgaertner
                                             Jeffrey Chubak
                                             DEWEY & LEBOEUF LLP
                                             1301 Avenue of the Americas
                                             New York, New York 10019
                                             Tel: (212) 259-8000
                                             Fax: (212) 259-6333
                                             E-mail: jchubak@dl.com

                                             *Attorneys for Deutsche Bank Trust Company Americas*

NYA 648006.1