# EXHIBIT E

----- Forwarded by Rodney Gaughan/db/dbcom on 10/29/2009 04:34 PM -----

**"Luis Alberto Garcia" <lagarcia@interacciones.com>**

10/29/2009 03:41 PM

To: Rodney Gaughan/db/dbcom@DBAmericas
cc:
Subject: Documentos para Deusche

Rodney

Please be advised that the structure of the Mexican securities market is such that the local banks and brokerage houses do not have accounts directly with Euroclear. Instead, each financial institution holds an account with Indeval which in turn holds an account with Euroclear. It is therefore not possible for me to produce a Euroclear statement. The best I can do is a statement of my Indeval account. Please let me know if this is sufficient.

Regards

----- Forwarded by Rodney Gaughan/db/dbcom on 10/29/2009 03:10 PM -----

**"Luis Alberto Garcia" <lagarcia@interacciones.com>**

10/29/2009 02:42 PM

To: Rodney Gaughan/db/dbcom@DBAmericas, Rodney Gaughan/db/dbcom@DBAmericas
cc: "'JUAN GERARDO VAZQUEZ CELIS'" <jvazquezc@interacciones.com>
Subject: RV: Documentos para Deusche

Dear Rodney

My name is Luis Alberto Garcia and I work at a broker dealer in Mexico City named Interacciones (www.interacciones.com). I have a client that is the beneficial owner of a Floating Rate Secured First to Default Credit Linked Note issued by FTC Group (ISIN: XS0351533905 - I am able to send through to you the prospectus if necessary). My client, a government organization, invested 50 million pesos into this note and Interacciones is the custodian of these notes . Since buying the note, the team has changed and the persons who were involved in the purchase of the note are no longer employed by the owner of the note. In addition, it has come to our client's knowledge that there is current a legal case against FTC Group by the SEC where the SEC alleges that FTC Group is running a Ponzi scheme. Calls through to FTC Group have not been answered and understandably our client is a little concerned. Having looked through the prospectus of these notes, we noticed that Deutsche Bank is the trustee of the collateral deposited to secure the underlying credit default swap. Our client understands that FTC Capital Markets had sole discretion on the management of these guarantees but is hoping that there could still be some assets of value in the SPC. Our client would therefore like to have access to the composition of this SPC if possible.

I thank you for your time and look forward to your response.

Regards