# EXHIBIT F

 

Atizapán, Edo. De México. A 20 de octubre de 2009

**Deutsche Bank Trust Company Americas**
60 Wall Street
MS NYC60-2710
New York, New York  10005

**Attn: Rodney Gaughan**
   Global Debt Services

Con respecto a la Nota **FTC905-100309** *(Series 2008-5-C-NF-M Tranche 1 Secured First to Default Credit-Linked Notes, emitida por FTC International SPC)* de la cual ustedes son la institución Fiduciaria y de la que tenemos $50,000,000.00 MXP nominales en posición, custodiada en nuestro Contrato de Intermediación Bursátil No. 100060247 en Interacciones Casa de Bolsa, S.A. de C.V. Grupo Financiero Interacciones, por medio de la presente, autorizamos que le proporcionen a esta institución toda la información que ellos les soliciten relacionada con la nota mencionada.

Sin más por el momento, estamos a sus órdenes para cualquier información adicional que requieran sobre este asunto.

Atentamente

**Mercedes Canseco Ugalde**
Tesorera Municipal

c.c.p. archivo y/o minutario

Casa de Bolsa
Interacciones

> **Delivery Instructions:**
> This letter, including the Signature and Certification page, should be sent to the addressee via e-mail to rodney.gaughan@db.com. An original is not required.

October 29, 2009

Deutsche Bank Trust Company Americas
60 Wall Street
MS NYC60-2710
New York, New York 10005

Attn:   Rodney Gaughan
        Global Debt Services
        Rodney.gaughan@db.com

RE:   **FTC905-100309** *(Series 2008-5-C-NF-M Tranche 1 Secured First to Default Credit-Linked Notes, emitida por FTC International SPC)* **ISIN XS0351533905**

Ladies and Gentlemen:

Reference is made to the above-mentioned Issue for which Deutsche Bank Trust Company Americas acts as Trustee.

The undersigned hereby represents and warrants that:

(i)   the person executing this certification letter on behalf of either the subject holder or the nominee or advisor therefor is a duly authorized officer of such entity and has full power and authority to execute this certification letter on behalf of the subject holder;

(ii)  this certification letter is a legal, valid and binding obligation of the subject entity enforceable against it in accordance with its terms; and

(iii) The subject holder is the owner of the securities described on the signature and certification page hereto.

The undersigned hereby acknowledges that Deutsche Bank Trust Company Americas may conclusively rely and shall be completely and fully protected in acting or refraining from acting upon the statements contained herein.

Sincerely,

Luis Alberto García E.                    Juan Gerardo Vázquez C.
Asesor Financiero Subdirector             Asesor Financiero Subdirector

Reforma 383-15
Col. Cuauhtémoc
C.P. 06500 México, D.F.

Tel. 5326 8600
www.interacciones.com

Casa de Bolsa Interacciones

## SIGNATURE AND CERTIFICATION
### [ISSUER NAME]

Complete Section A or B as appropriate:

### A. EXECUTION BY BENEFICIAL OWNER

The undersigned hereby represents and warrants that it is a beneficial owner of the securities described below.

Name of Beneficial Owner: _____
Contact Person: _____
Signature: _____
Title: _____
Address: _____
Telephone: _____
Facsimile: _____
E-mail: _____
Class of Securities *: _____
CUSIP and ISIN Nos. *: _____
Current Principal Amount of Securities Owned as of the Date Hereof *: _____
DTC/Clearing Agency Participant Name *: _____
DTC/Clearing Agency Participant No. *: _____

### B. EXECUTION BY NOMINEE OR ADVISOR

The undersigned hereby represents and warrants that it is the nominee or advisor for the beneficial owner indicated, and that the beneficial owner has granted to the undersigned the power and authority to deliver this certification on behalf of such beneficial owner.

Name of Nominee or Advisor: Interacciones Casa de Bolsa, S.A. de C.V.
(Print Name of Authorized Signature): Alejandro Quiroz Vázquez
Signature: _____
Title: Attorney
Address: Reforma No. 383, Piso 12, Col Cuauhtemoc, C.P. 06500, México D.F.
Telephone: 55-53-26-86-00 ext. 5805
Facsimile: _____
Email: aquiroz@interacciones.com; lagarcia@interacciones.com
Name of Beneficial Owner *: Municipio de Atizapán de Zaragoza
Class of Securities *: Floating Rate Secured First-To-Default Credit Linked Notes
CUSIP and ISIN Nos. *: ISIN: XS0351533905   Common Code: 035153390
Total Current Principal Amount with Respect to Which Certification is Made as of the Date Hereof *: MXN 50,000,000
DTC/Clearing Agency Participant Name *: SD Indeval SA de CV
DTC/Clearing Agency Participant No. *: Euroclear 23310

\* If you own more than one security (unique CUSIP/ISIN), please attach a schedule providing these details for each security.