**EXHIBIT G**

 **S.D. INDEVAL**

# Consulta de Posición de Valores

| 01015 INTERACCIONES CASA DE BOLSA, S.A. DE C.V.GRUPO FINANCIERO INTERACCIONES | | | | | | | | | | Viernes, 23 de Octubre de 2009 | 14:51:08 |

**Criterios de Consulta**

| Naturaleza | Tipo de Cuenta | Tipo de Tenencia | Institución | Cuenta | No Disponible |
|---|---|---|---|---|---|
| PASIVO | NOMBRADA | TODOS | 01015 | TODAS | NO |

| Mercado | Papel | ISIN | Tipo de Valor | Emisora | Serie |
|---|---|---|---|---|---|
| TODOS | PAPEL BANCARIO | TODOS | D7 | FTC905 | TODAS |

| Bóveda | Fecha | Registros Encontrados |
|---|---|---|
| TODAS | 23/10/2009 | 1 |

| Cuenta | T.V. | Emisora | Serie | Cupón | ISIN | Bóveda | Posición | Disponible | No Disponible | Valor Nominal | Valuación |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 010151909 | D7 | FTC905 | 100309 | 0004 | XS0351533905 | BOVEDA DE VALORES INDEVAL | 5,000 | 5,000 | 0 | $ 10,000.00 | $ 50,000,000.00 |
| SUBTOTAL | D7 | | | | | | 5,000 | 5,000 | 0 | | $ 50,000,000.00 |
| **TOTAL** | | | | | | | **5,000** | **5,000** | **0** | | **$ 50,000,000.00** |