UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
Securities and Exchange Commission,                    :
                                                       :     ECF Case
                                       Plaintiff,      :
                                                       :     09 Civ. 4755 (PGG)
            - against -                                :
                                                       :
FTC Capital Markets, Inc.,                             :
FTC Emerging Markets, Inc., also d/b/a FTC Group,      :
Guillermo David Clamens,                               :
Lina Lopez a/k/a Nazly Cucunuba Lopez,                 :
                                                       :
                                       Defendants.     :
------------------------------------------------------------------ x

## CORPORATE OWNERSHIP STATEMENT

      Pursuant to Federal Rule of Civil Procedure 7.1(a), Deutsche Bank Trust Company Americas, by and through its undersigned attorneys, states that it is a wholly-owned subsidiary of Deutsche Bank Trust Corporation, which in turn is a wholly-owned subsidiary of Taunus Corporation, which in turn is a wholly-owned subsidiary of Deutsche Bank AG, which is a publicly held corporation.  As of February 28, 2011, no corporation owns 10% or more of the stock of Deutsche Bank AG.

| | |
|---|---|
| Dated: June 24, 2011<br>       New York, New York | Respectfully Submitted,<br><br>/s/ Jeffrey Chubak<br>William G. Primps<br>Peter Baumgaertner<br>Jeffrey Chubak<br>DEWEY & LEBOEUF LLP<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Tel: (212) 259-8000<br>Fax: (212) 259-6333<br><br>*Attorneys for Deutsche Bank Trust Company Americas* |

NYA 648462.1