```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION, :
: ECF Case
Plaintiff, :
: 09 Civ. 4755 (PGG)
-against- :
:
FTC CAPITAL MARKETS, INC., :
FTC EMERGING MARKETS, INC., also d/b/a :
FTC GROUP, GUILLERMO DAVID CLAMENS, :
LINA LOPEZ a/k/a NAZLY CUCUNUBA LOPEZ, :
:
Defendants. :
-------------------------------------------------------x

## STIPULATION AND ORDER

WHEREAS, counsel for Deutsche Bank Trust Company Americas ("Deutsche Bank") and counsel for the Securities and Exchange are currently in discussions to attempt to resolve the issues raised in Deutsche Bank's Memorandum of Law in Opposition to Motion of the Securities and Exchange Commission For Approval of Distribution Plan ("Opposition");

WHEREAS, the Commission's reply to the Opposition is currently due by July 1, 2011;

IT IS HEREBY STIPULATED AND AGREED by Deutchse Bank and the Securities and Exchange Commission that the Commission's time to

reply to Deutsche Bank's Opposition be, and hereby is, extended to and including July, 15, 2011.

| SECURITIES AND EXCHANGE COMMISSION | DEWEY & LeBOEUF LLP |
|---|---|
| By: /s/ Jack Kaufman (JK-3050) *Attorney for Plaintiff* New York Regional Office 3 World Financial Center – Rm. 400 New York, NY 10281 Tel. (212) 336-0106 Fax. (212 336-1319 | By: /s/ Jeffrey Chubak (JC  ) *Attorney for* DEUTCHE BANK TRUST COMPANY AMERICAS 1301 Avenue of the Americas New York, New York 10019 Tel. (212) 259-8000 Fax. (212) 259-6333 |

SO ORDERED:

/s/ Paul G. Gardephe

PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE

July 5, 2011
New York, New York

2