```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

FTC CAPITAL MARKETS, INC.,
FTC EMERGING MARKETS, INC., also d/b/a FTC GROUP,
GUILLERMO DAVID CLEMENS, and
LINA LOPEZ a/k/a NAZLY CUCUNUBA LOPEZ,

                Defendants.

ECF CASE

ORDER

09 Civ. 4755 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The July 19, 2011 conference is adjourned to July 22, 2011 at 2:00 p.m.

Dated: New York, New York
       July 15, 2011

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge