

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
200 Vesey Street, Brookfield Place, Room 400
New York, New York 10281-1022

John J. Graubard  
Senior Attorney

Phone: 212-336-0084  
E-mail: graubardj@sec.gov

August 21, 2014

**BY ECF (COURTESY COPY BY HAND)**

Hon. Paul G. Gardephe, United States District Judge  
Thurgood Marshall United States Courthouse  
40 Foley Square  
New York, NY 10007

Re: *Securities and Exchange Commission v. FTC Capital Markets, Inc., et al.*, 09 CV 4755 (PGG) (S.D.N.Y.)

Dear Judge Gardephe:

Attached please find a second amended Schedule A, for the distribution of the shares of Savoy Bank stock. This corrects some clerical errors in the original and in the first amended schedule.

Respectfully,

*John J. Graubard*  
John J. Graubard  
Senior Attorney

Enclosure