UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>                 Plaintiff,<br>v.<br><br>FTC CAPITAL MARKETS, INC.,<br>FTC EMERGING MARKETS, INC.,<br>GUILLERMO DAVID CLAMENS,<br>LINA LOPEZ,<br><br>                 Defendants. | 09 Civ. 4755 (PGG) |

## ORDER FOR PAYMENT OF FEES AND EXPENSES OF THE TAX ADMINISTRATOR

The Court, having reviewed Plaintiff's Notice of Motion and Motion to Disburse Funds to Pay Fees and Expenses of the Tax Administrator and the supporting Declarations, and it appearing that such Motion should be granted, it is hereby

ORDERED, that Plaintiff's motion is GRANTED.

AND IT IS FURTHER ORDERED, that the United States Securities and Exchange Commission shall disburse funds from the SEC-designated account associated with this matter in the amount of $10,229.42 payable to Miller Kaplan Arase LLP.

Dated:  New York, New York
           Nov. 3, 2023

SO ORDERED.

_____
Paul G. Gardephe
UNITED STATES DISTRICT JUDGE