UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　Plaintiff,<br>v.<br><br>FTC CAPITAL MARKETS, INC.,<br>FTC EMERGING MARKETS, INC.,<br>GUILLERMO DAVID CLAMENS,<br>LINA LOPEZ,<br><br>　　　　　　Defendants. | Civil Action No. 1:09-CV-4755-PGG |

### [████████] ORDER DIRECTING THE RECOVERY OF FUNDS FROM THE U.S. TREASURY

The Court, having considered Plaintiff Securities and Exchange Commission's (the "SEC") Motion for an Order Directing the Recovery of Funds from the United States Treasury ("U.S. Treasury"), Declaration of Jennifer A. Cardello in Support of Plaintiff's Motion for an Order Directing the Recovery of Funds from the U.S. Treasury, and for good cause shown,

**IT IS HEREBY ORDERED**:

1. The Motion is GRANTED; and

2. The SEC is directed to recover from the U.S. Treasury all funds previously directed to its general account by judgment entered in this action on October 21, 2015, the Court's Order to Disburse Remaining Funds, Direct Payment of Tax Administrator's Final Bill, Discharge Fund and Tax Administrators, and Amend Final Judgments to Provide for Future

Payments to the Commission (Dkt. No. 129), for inclusion in the FTC Fund previously established by the SEC in this matter.

IT IS SO ORDERED.

Dated: October 4, 2024.

_____
UNITED STATES DISTRICT JUDGE