UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,
               Plaintiff,

v.

FTC CAPITAL MARKETS, INC.,
FTC EMERGING MARKETS, INC.,
GUILLERMO DAVID CLAMENS,
LINA LOPEZ,

               Defendants.

Civil Action No. 1:09-CV-4755-PGG

## [▬▬▬▬▬▬] ORDER FOR PAYMENT OF FEES AND EXPENSES OF THE TAX ADMINISTRATOR

The Court, having reviewed Plaintiff's Notice of Motion and Motion to Disburse Funds to Pay Fees and Expenses of the Tax Administrator, the supporting Memorandum, and the Declaration of Nicholas A. Sanchez in Support of Fee Request, and for good cause shown,

IT IS HEREBY ORDERED, that:

1. Plaintiff's motion is GRANTED;

2. The United States Securities and Exchange Commission shall disburse funds from the SEC-designated account associated with this matter in the amount of $1,770.00 payable to "Miller Kaplan Arase LLP" for the payment of fees and expenses for the preparation and filing of the 2023 QSF Income Tax Return.

IT IS SO ORDERED

Dated: October 10, 2024

_____
UNITED STATES DISTRICT JUDGE