UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,
                Plaintiff,

v.

FTC CAPITAL MARKETS, INC.,
FTC EMERGING MARKETS, INC.,
GUILLERMO DAVID CLAMENS,
LINA LOPEZ,

                Defendants.

Civil Action No. 1:09-CV-4755-PGG

## ORDER APPROVING DISBURSEMENT OF FUNDS FROM DISTRIBUTION FUND

Having considered Plaintiff Securities and Exchange Commission (the "Commission" or "SEC") Motion and Memorandum for an Order Approving Disbursement of Funds from Distribution Fund (the "Motion"), and for good cause shown,

IT IS HEREBY ORDERED, that:

1. The Motion is granted; and

2. The Commission shall disburse $22,996.11 to Investor A, $92,728.43 to Investor B, and $14.994.99 to Investor C from the Available Distribution in accordance with the Plan described in the Motion.

IT IS SO ORDERED.

Dated: November 25, 2024

_____
UNITED STATES DISTRICT JUDGE